# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: January 31, 2012 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Susan Heckman | |
| Interpreter: | Catherine Bahr | |

Criminal Action No. 10-cr-00567-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                James Boma

    Plaintiff,

v.

RAFAEL PELAYO-ESCARDA,                    Robert Driscoll

    Defendant.

---

## SENTENCING MINUTES
---

**9:15 a. m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 22, 2011.  Defendant pled guilty to Counts 1 and 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #357**).  Argument.  Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Government's Motion for Downward Departure **(Doc. #357)** is **GRANTED.**

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #356)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:40 a.m.      Court in recess.**

Total Time:    25 minutes
Hearing concluded.